# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D17-3550

———————————————

MCCORMICK TRUCKING, INC.,
and ZURICH AMERICAN INS. CO.,

    Appellants,

    v.

PAUL BOJCZUK,

    Appellee.

———————————————

On appeal from an order of the Judge of Compensation Claims.
Neal P. Pitts, Judge.

Date of Accident: April 6, 2016.

March 13, 2018

PER CURIAM.

    AFFIRMED.

WOLF, BILBREY, and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Joanne M. Prescott of Zimmerman, Kiser & Sutcliffe, P.A., Orlando, for Appellants.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellee.